AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiGirolamo, Thomas M. | U.S. District Court - Maryland | 05/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Direcrtor | Federal Magistrate Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | - salary |
| 2. 2011 | - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors #1 | | | | | | | | | |
| 2. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Wells Fargo Advisors #2 | | | | | | | | | |
| 5. Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 6. American Funds Tax-exempt Fund Maryland CL-C | A | Interest | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. Wells Fargo Advisors #4 | | | | | | | | | |
| 9. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 10. DIS Common Stock | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. Wells Fargo Advisors Municipal Account | | | | | | | | | |
| 13. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 14. University MD Sys Auxili Fac & Tuition Rev Ser A B/E | B | Interest | | | Closed | 11/14/11 | J | | |
| 15. University MD Sys Aux Fac & Tuition Rev Prerefunded SrA | | None | K | T | Open | 11/14/11 | J | | |
| 16. University MD Sys Aux Fac & Tuition Rev Unrefunded SrA | | None | K | T | Open | 11/14/11 | J | | |
| 17. Maryland St Dpt Transn Cons Transn Rv B/E | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Anne Arundel Cnty MD Cons Gen Imp G/O Ltd B/E | A | Interest | | | Sold | 02/17/11 | K | A | |
| 19. Howard Cnty MD Cons Pub Impt G/O Unltd B/E | A | Interest | | | Sold | 06/27/11 | K | A | |
| 20. Puerto Rico Comwlth G/O Unltd B/E | B | Interest | K | T | | | | | |
| 21. Charlotte NC Rfdg G/O Unltd B/E | B | Interest | K | T | | | | | |
| 22. Maryland St St & Loc Facs Ln 2nd Ser G/O B/E 7/15/19 | B | Interest | K | T | | | | | |
| 23. Maryland St St & Loc Facs Ln 2nd Ser G/O B/E 7/15/20 | B | Interest | K | T | Sold (part) | 01/18/11 | J | | |
| 24. South Carolina St Pub Svc Auth Rev Rfdg Ser A G/O B/E | B | Interest | K | T | | | | | |
| 25. Charles Cnty MD Rfdg Cons Pub Impt G/O B\E | A | Interest | K | T | Buy | 06/27/11 | K | | |
| 26. Massachusettes Bay Trans Auth MA Genl Trans Sys Ser C | B | Interest | K | T | | | | | |
| 27. Annapolis MD Rfdg Pub Impts G/O B\E | A | Interest | K | T | Buy | 03/10/11 | K | | |
| 28. | | | | | | | | | |
| 29. Wells Fargo Advisors IRA #1 | | | | | | | | | |
| 30. Bank Deposit Sweep | | None | J | T | Open | 07/14/11 | J | | |
| 31. JP Morgan Prime Money Market Sweep - Capital | A | Dividend | J | T | | | | | |
| 32. Blackrock Global Alloc Global Allocation Inst | B | Dividend | K | T | | | | | |
| 33. First Eagle Fds Inc Global Fd CL 1 | A | Dividend | K | T | Sold (part) | 07/18/11 | J | | |
| 34. | | | | | | Sold (part) | 10/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Hartford Mut Fds II Growth Opportnities Fd CL 1 | | None | K | T | Sold (part) | 01/12/11 | J | | |
| 36. | | | | | Sold (part) | 04/18/11 | J | | |
| 37. New Perspective Fund Inc Class F 1 | A | Dividend | K | T | | | | | |
| 38. Nuveen Invt Tr NWQ Multi-Cap Value Fd | | None | K | T | | | | | |
| 39. Oppenheimer Global FD CL Y | A | Dividend | K | T | | | | | |
| 40. Third Ave Tr Value Tr | A | Dividend | K | T | | | | | |
| 41. Thornburg Invt Tr Value Fd CL 1 | A | Dividend | K | T | | | | | |
| 42. Thornburg Invt Tr Invt Income Builder Fd CL 1 | B | Dividend | K | T | | | | | |
| 43. Wells Fargo Advantage Asset Allocation FD - Admin CL | B | Dividend | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. Wells Fargo Advisors IRA #2 | | | | | | | | | |
| 46. Bank Deposit Sweep | A | Dividend | J | T | Open | 07/14/11 | J | | |
| 47. JP Morgan Prime Money Market Sweep - Capital | A | Dividend | | | Closed | 07/11/11 | J | | |
| 48. Aim Global Real Estate Fd CL Y | A | Dividend | J | T | | | | | |
| 49. Managers Amg Fds Timessquare Mid Cap Growth FD | A | Dividend | J | T | Buy | 10/18/11 | J | | |
| 50. Blair William Fds Intl Growth Fd CL 1 | A | Dividend | J | T | Buy (add'l) | 02/04/11 | J | | |
| 51. | | | | | Sold (part) | 10/18/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Advisors Inner Circle Fd Cambiar Oppty Fd Instl CL | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 53. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 54. | | | | | Sold (part) | 10/18/11 | J | | |
| 55. Delaware Group Adviser Fds Inc US Growth Port Instl CL | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 56. | | | | | Sold (part) | 08/05/11 | J | | |
| 57. | | | | | Sold (part) | 10/18/11 | J | | |
| 58. Dreyfus Appreciation Fd Inc | A | Dividend | J | T | Buy (add'l) | 02/04/11 | J | | |
| 59. | | | | | Sold (part) | 08/05/11 | J | | |
| 60. | | | | | Sold (part) | 10/18/11 | J | | |
| 61. DWS Value Ser Inc Small Cap Value Fd CL S | A | Dividend | J | T | Sold (part) | 02/4/11 | J | | |
| 62. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 63. | | | | | Sold (part) | 10/18/11 | J | | |
| 64. RS Invt Tr Emerging Mkts Fd CL Y | | None | J | T | Buy (add'l) | 02/04/11 | J | | |
| 65. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 66. | | | | | Buy (add'l) | 10/19/11 | J | | |
| 67. Goldman Sachs Tr Finl Square MMKT FD CL 1 | | None | J | T | Sold (part) | 01/12/11 | J | | |
| 68. | | | | | Buy (add'l) | 02/04/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/08/11 | J | | |
| 70. | | | | | Sold (part) | 07/08/11 | J | | |
| 71. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 72. | | | | | Sold (part) | 09/06/11 | J | | |
| 73. | | | | | Sold (part) | 10/17/11 | J | | |
| 74. | | | | | Buy (add'l) | 10/19/11 | J | | |
| 75. John Hancock Classic Value Fund CL 1 | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 76. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 77. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 78. | | | | | Buy (add'l) | 10/19/11 | J | | |
| 79. Harbor International Instl CL | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 80. | | | | | Sold (part) | 10/18/11 | J | | |
| 81. Hotchkis & Wiley Fds Mid Cap Value Fd CL 1 | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 82. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 83. Artio International Equity Fd Class I | A | Dividend | J | T | Buy (add'l) | 02/04/11 | J | | |
| 84. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 85. | | | | | Sold (part) | 10/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Keeley Fds Inc Small Cap Value Fd Cl | | None | J | T | Buy | 10/18/11 | J | | |
| 87. Legg Mason Value Trust TR INC NAV Value Trust | A | Dividend | J | T | Buy (add'l) | 08/05/11 | J | | |
| 88. | | | | | Sold (part) | 10/18/11 | J | | |
| 89. Morgan Stanley Instl Fd Trust Mid Cap Grwth Port Class | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 90. | | | | | Sold (part) | 08/05/11 | J | | |
| 91. | | | | | Sold (part) | 10/18/11 | J | | |
| 92. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy (add'l) | 02/04/11 | J | | |
| 93. | | | | | Sold (part) | 08/05/11 | J | | |
| 94. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 95. Pimco Fds Pac Invt Mgmt Ser - Cmtdy Real Return Strat F | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 96. | | | | | Sold (part) | 08/05/11 | J | | |
| 97. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 98. Security Equity Fd Mid Cap Value Ser CL A | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 99. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 100. Sentinel Mut Funds Small Company Class I | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 101. | | | | | Sold (part) | 08/05/11 | J | | |
| 102. Rowe T Price Mid-Cap Growth Fund | | None | | | Sold (part) | 02/04/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/18/11 | J | | |
| 104. Touchstone Large Cap Growth Fd CL 1 | | None | J | T | Sold (part) | 02/04/11 | J | | |
| 105. | | | | | Sold (part) | 08/05/11 | J | | |
| 106. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 107. Wells Fargo Fds Tr Emerging Growth Fd Admin CL | A | Dividend | J | T | Sold (part) | 02/04/11 | J | | |
| 108. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 109. | | | | | Sold (part) | 10/18/11 | J | | |
| 110. Tiaa-Cref Retirment Accounts | | | | | | | | | |
| 111. Tiaa Traditional Account | A | Interest | J | T | | | | | |
| 112. Cref Stock Account | | None | K | T | | | | | |
| 113. Cref Growth Account | A | Dividend | K | T | | | | | |
| 114. Cref Global Equities Account | | None | K | T | | | | | |
| 115. Tiaa Real Estate | A | Dividend | J | T | Open | 09/19/11 | J | | |
| 116. Cref Infl Linked Bond | A | Interest | J | T | Open | 09/19/11 | J | | |
| 117. | | | | | | | | | |
| 118. Valic Annuity Accounts | | | | | | | | | |
| 119. Large Cap Account | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fixed Income Account | A | Interest | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. ▨▨▨▨ Retirement Accounts | | | | | | | | | |
| 123. T. Rowe Price Retirement2020 Equity Fund | B | Dividend | L | T | | | | | |
| 124. | | | | | | | | | |
| 125. US Savings Bonds Ser EE #2 | A | Interest | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. Wells Fargo Advisors Roth IRA #2 | | | | | | | | | |
| 128. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 129. Amer Balanced Fd Inc Class A | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. Capital One Checking Account | | None | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

1. The balance of the XOM Common Stock remaining after the partial sale noted on line 6 of the 2010 FDR was transferred to a [          ] member on 9/15/10 for no consideration. That transaction was inadvertently omitted from the 2010 FDR.

2. The account identified on line 107 of the 2011 FDR as "Wells Fargo Fds Tr Emerging Growth FD Admin CL" was exchanged for the account identified on line 89 of the 2010 FDR on 8/30/11.

3. The account identified as "Bank Deposit Sweep" on line 2 is the same account which was referred to as "WF Advantage Municipal Money Market" on line 2 of the 2010 FDR.

4. On November 14, 2011, the account on line 14 of the FDR was exchanged for the accounts identified on lines 15 and 16 of the FDR.

f

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas M. DiGirolamo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544